```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :      INDICTMENT

     v.                         :      08 Cr.

STEPHEN REDMOND,                :
     a/k/a "Damon J. Brown,"
                                :
          Defendant.
                                :

- - - - - - - - - - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 19 2008

08 CRIM 565

COUNT ONE

The Grand Jury charges:

On or about May 16, 2008, in the Southern District of New York, STEPHEN REDMOND, a/k/a "Damon J. Brown," the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, convictions on or about May 15, 2006, of attempted criminal possession of a controlled substance in the fifth degree, a Class E Felony, in Westchester County Court, and on or about April 7, 2003, of robbery in the second degree, a Class C Felony, in Westchester County Court, unlawfully, willfully, and knowingly did possess in and affecting commerce, a firearm, to wit, one Lorcin .380 caliber pistol, which had previously been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____        _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney